1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          Case No. 5:23-po-00065-CDB

12 |                Plaintiff,           [Citation #9290225, CA71]

13 | v.

14 | ALEXANDER GRADOUSKI,                MOTION AND ORDER FOR DISMISSAL

15 |                Defendant.

16

17

18      The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-

20 00065-CDB [Citation #9290225, CA/71] against ALEXANDER GRADOUSKI, without prejudice, in

21 the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: February 28, 2023                 Respectfully submitted,

24                                          PHILLIP A. TALBERT
                                            United States Attorney
25
                                     By:    /s/ *Chan Hee Chu*
26                                          CHAN HEE CHU
                                            Special Assistant United States Attorney
27

28
                                            1
                                                            USA v. Gradouski
                                                            Case No. 5:23-po-00065-CDB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:23-po-00065-CDB against ALEXANDER GRADOUSKI [Citation #9290225, CA/71] be dismissed, without prejudice, in the interest of justice. IT IS SO ORDERED.

Dated:   **February 28, 2023**                     _____
                                                                    UNITED STATES MAGISTRATE JUDGE